# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DUSCIA PEREZ, | |
|     Plaintiff, | 1:19-cv-02072 |
| v. | |
| | Judge Robert M. Dow, Jr. |
| QUICKEN LOANS, INC. | |
|     Defendant. | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

NOW COMES Plaintiff, DUSCIA PEREZ, by and through her undersigned counsel ("Sulaiman"), seeking leave to submit supplemental authority in support of her opposition to QUICKEN LOANS, INC.'s ("Defendant") Motion to Dismiss, for the reasons set forth below.

1. On May 28, 2019, Defendant filed its Motion to Dismiss ("Defendant's Motion"). [Dkt. 16]

2. On June 25, 2019, Plaintiff filed her response to Defendant's motion. [Dkt. 18]

3. On July 16, 2019, Defendant filed is Reply to its Motion to Dismiss. [Dkt.19]

4. On February 18, 2020, Judge Mary M. Rowland with the Northern District of Illinois denied dismissing a Telephone Consumer Protection Act claim, see *Husain v. Bank of Am., N.A.*, No. 1:18-cv-07646. (N.D. Ill. Feb. 18, 2020).

5. Judge Rowland's ruling addressed the merits of Defendant's arguments for dismissing Plaintiff's TCPA as outlined in its Motion to Dismiss.

6. Judge Rowland's ruling further supports Plaintiff's position that Defendant's Motion to Dismiss lacks merit and thus should be denied.

7. Plaintiff therefore wishes to submit the attached supplemental authority – Judge Rowland's Memorandum and Order denying dismissing Telephone Consumer Protection Act claim. A copy of the order is attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully request that this Court grant her leave to submit the attached supplemental authority in opposition to Defendant's Motion to Dismiss.

Dated: March 11, 2020                              Respectfully submitted,

                                                                        s/ Nathan C. Volheim
                                                                        Nathan C. Volheim, Esq. #6302103
                                                                        Counsel for Plaintiff
                                                                        Admitted in the Northern District of Illinois
                                                                        Sulaiman Law Group, Ltd.
                                                                        2500 South Highland Ave., Suite 200
                                                                        Lombard, Illinois 60148
                                                                        (630) 568-3056 (phone)
                                                                        (630) 575-8188 (fax)
                                                                        nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, Nathan C. Volheim, an attorney, certify that on March 11, 2020, I caused the foregoing **MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

                                                                        /s/ Nathan C. Volheim
                                                                        Nathan C. Volheim, Esq.
                                                                        *Counsel for Plaintiff*